UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD UNDERWOOD, | ) | 3:11-cv-00035-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALLIED VAN LINES, INC., | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties in open court, the plaintiff shall post a bond in the amount of $35,000 in a form acceptable to the parties and the court and in accordance with Local Rules 65.1-1. In consideration for the posting of the bond, the defendant shall deliver to plaintiff's home in Polson, Montana all goods currently in storage in Missoula, Montana, 20 days of the posting of the bond, pursuant to a schedule to be arranged by counsel and the parties, unless that date is extended by further order of the court. The motion for preliminary injunction (#6) is denied, without

1 prejudice, as moot.
2 **IT IS SO ORDERED.**
3 DATED this 3rd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE