# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| RICHARD UNDERWOOD, | 3:11-cv-00035-HDM-RAM |
| Plaintiff, | |
| vs. | ORDER |
| ALLIED VAN LINES, INC., | |
| Defendant. | |

The plaintiff has advised the court that he has filed a claim pursuant to 49 C.F.R. § 370.3(a) and 49 C.F.R. § 1005.2(a). Accordingly, the court concludes that this action should be stayed for a period of sixty days pending defendant's resolution of the claim filed by plaintiff on March 15, 2011. If either party objects to the court's entry of a stay, the objections shall be filed no later than April 11, 2011. If no objections are filed, a stay will be automatically entered for a period of sixty days to allow final resolution of the plaintiff's claim. For good cause, either party may

1 apply to the court for a modification of the stay.

2     **IT IS SO ORDERED.**

3     DATED this 5th day of April, 2011.

                                          /s/ Howard D. McKibben

                                          UNITED STATES DISTRICT JUDGE