**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICHARD UNDERWOOD, | ) | 3:11-cv-00035-HDM-RAM |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| ALLIED VAN LINES, INC., | ) | |
| Defendant. | ) | |

The court has been advised that pursuant to 49 C.F.R. § 370.3(a) and 49 C.F.R. § 1005.2(a), defendant Allied Van Lines has denied plaintiff's claim filed on March 15, 2011. Accordingly, no stay will be entered in this action.

**IT IS SO ORDERED.**

DATED this 12th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE