1
2
3
4
5
6
7
8
9
10                        **UNITED STATES DISTRICT COURT**

11                           **DISTRICT OF NEVADA**

12                                          )
13  RICHARD UNDERWOOD,                       )        3:11-cv-00035-HDM-RAM
                                             )
14              Plaintiff,                    )
                                             )
15  vs.                                      )        ORDER
                                             )
16  ALLIED VAN LINES, INC.,                  )
                                             )
17              Defendant.                    )
    ─────────────────────────────────────────)
18
19          The court has been advised that plaintiff has complied with the

20  required claims process pursuant to 49 C.F.R. § 370.3(a), 49 C.F.R.

    § 1005.2(a), and the defendant's tariff. Accordingly, leave is
21
    granted to the plaintiff to file a second amended complaint. Any such
22
    complaint shall be limited to a claim under the Carmack Amendment.
23
    The inclusion of a claim for intentional infliction of emotional
24
    distress would be futile as it is preempted by the Carmack Amendment
25
    "to the extent it arises from the same conduct as the claims for
26
    delay, loss or damage to shipped property." *White v. Mayflower*
27
    *Transit, L.L.C.*, 543 F.3d 581, 586 (9th Cir. 2008). Despite
28

plaintiff's assertion otherwise, his proposed claim for intentional infliction of emotional distress arises from the same conduct underlying his Carmack Amendment claim. Plaintiff is therefore denied leave to amend his complaint to add a claim for emotional distress. Accordingly, the plaintiff's motion to file a second amended complaint (#20) is granted in part and denied in part in accordance with this order. The bond previously posted by plaintiff shall remain deposited with the clerk of the court.

Upon the filing of the plaintiff's second amended complaint, the defendant's motion to dismiss, or in the alternative motion for a more definite statement(#9), shall be denied as moot. The denial is without prejudice should the defendant elect to file a motion to dismiss the second amended complaint.

**IT IS SO ORDERED.**

DATED this 14th day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE