1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

12

**DISTRICT OF NEVADA**

13
14   RICHARD UNDERWOOD,                          )    3:11-cv-00035-HDM-RAM
                                                 )
15            Plaintiff,                         )
                                                 )
16   vs.                                         )    ORDER
                                                 )
17   ALLIED VAN LINES, INC.,                     )
                                                 )
18            Defendant.                         )
                                                 )
19
20        Before the court is the defendant's motion to dismiss (#33).

21   Plaintiff has responded (#35). Defendant has not filed a reply, and

22   the time for doing so has expired.

23        Defendant seeks to dismiss only plaintiff's claim for punitive

24   damages.  It does so on the grounds that the claim is preempted by

25   the Carmack Amendment, 49 U.S.C. § 14706.  Plaintiff concedes that

26   the claim for punitive damages should be dismissed insofar as the

27   Carmack Amendment applies to his case.  *See Nichols v. Mayflower*

28   *Transit, LLC*, 368 F. Supp. 2d 1104, 1108-09 (D. Nev. 2003); *see also*

1 | *Marro v. Globe Corp.*, 285 Fed. App'x 495, 495 (9th Cir. 2008)

2 | (unpublished disposition).  Accordingly, the defendant's motion to

3 | dismiss (#33) is hereby granted.  Plaintiff's punitive damages claim

4 | is dismissed without prejudice.

5 | **IT IS SO ORDERED**.

6 | DATED this 24th day of May, 2011.

7 |

8 |

9 | UNITED STATES DISTRICT JUDGE

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |