**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RICHARD UNDERWOOD, | ) | 3:11-cv-00035-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ALLIED VAN LINES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation (#53), this entire action, including all claims and counterclaims, is hereby dismissed with prejudice, with each party to bear its own costs and fees.  The bond of $35,0000.00 posted by plaintiff on March 14, 2011, with the clerk of the court shall be returned to plaintiff, payable to Mark Wray Trust Account, 608 Lander Street, Reno, Nevada, 89509.

**IT IS SO ORDERED.**

DATED this 5th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE